DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON VENTURE NELSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1691

[February 11, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312010CF001736A.

Jason Venture Nelson, Cross City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***